# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

**CHASEN M. RUSSELL, individually, and
on behalf of all others similarly situated,**

       **Plaintiff,**

**v.**                             **Case No.**

**AFFINITY GAMING, A NEVADA
CORPORATION, et al.,**

       **Defendants.**

## CONSENT TO BE A PARTY PLAINTIFF
### 29 U.S.C. § 216(b)

       I hereby consent to become a party plaintiff seeking unpaid wages and overtime against Affinity Gaming, A Nevada Corporation, HGI - St. Jo, LLC d/b/a St. Jo Frontier Casino, and any related entities. I authorize the filing of this Consent to Be a Party Plaintiff in this action and any other subsequent actions that may or may not be filed post decertification, as needed. For purposes of pursuing my unpaid wage and overtime claims, I choose to be represented by McClelland Law Firm P.C. and/or other attorneys with whom they may associate.


Date: 5- 24- 18

Signature

Chasen Russell
Printed Name